## (November 9, 1971)

■ NEW YORK MAILERS' UNION NUMBER SIX, Respondent, v. NEW YORK NEWS, INC., Appellant.— Appeal from order, Supreme Court, New York County, entered on February 26, 1971, unanimously dismissed as moot, without costs and without disbursements. No opinion.   Concur — Capozzoli, J. P., Markewich, Murphy, Steuer and Eager, JJ.

■ HAROLD MORAN, JR., by His Guardian ad Litem, HAROLD MORAN, SR., et al., Respondents, v. CHURCH OF THE HOLY ROSARY, INC., Appellant.— Order of the Appellate Term, First Department, entered on December 18, 1970, affirming a judgment of the Civil Court of the City of New York, Bronx County, entered on June 20, 1969, unanimously reversed, on the law, without costs and without disbursements on this appeal, the judgment in favor of plaintiff reversed and vacated, and the complaint dismissed on the dissenting opinion of Quinn, J. at the Appellate Term.   Concur — Capozzoli, J. P., Markewich, Murphy, Steuer and Eager, JJ.

■ PAUL D. TOWNSEND, Respondent, v. GOLDEN ALLIGATOR INTERNATIONAL, INC., et al., Defendants, and JOHN HALLSTEAD, Appellant.— Order, Supreme Court, New York County, entered on February 19, 1971; judgment of said court entered on March 8, 1971; and order of said court entered on January 25, 1971 unanimously affirmed; and appeal from order of said court entered on May 26, 1971 unanimously dismissed. Respondent shall recover of appellant one bill of $50 costs and disbursements of these appeals. No opinion.   Concur — Capozzoli, J. P., Markewich, Murphy, Steuer and Eager, JJ.